UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEITH SHAMBURGER, <br><br> Defendant. | Case No. CR-S-02-0084-RLH-NJK |

**ORDER TO VACATE JUDGMENT
DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for the 8TH day of October at 10:00 a.m. be granted.

DATED this 19th day of September, 2014.

_____
United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Brian Pugh*
BRIAN PUGH
Assistant United States Attorney